**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00795-CR
_____

### CRAIG HARDY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from County Criminal Court at Law No. 6**
**Harris County, Texas**
**Trial Court Cause No. 1698495**

---

## MEMORANDUM OPINION

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this Court. *See* Tex. R. App. P. 42.2. Because this court has not issued an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the Clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Hedges, Justices Jamison and McCally.

Do not publish — Tex. R. App. P. 47.2(b).